```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

CAPITOL RECORDS, et al.,       )
                               )
          Plaintiffs,          )
                               )
     vs.                       )          No. 4:07-CV-225 (CEJ)
                               )
JAMES CREGO,                   )
                               )
          Defendant.           )

## PERMANENT INJUNCTION

In accordance with the Memorandum and Order entered this date,

**IT IS HEREBY ORDERED** that defendant James Crego, his agents, servants, employees and representatives, and all others acting in concert with him are hereby enjoined and restrained from directly infringing plaintiffs' rights in the following copyrighted sound recordings:

1. "Don't Worry, Be Happy," on album *Simple Pleasures*, by artist Bobby McFerrin (SR # 97-575).

2. "Don't Ask Me Why," on album *Glass Houses*, by artist Billy Joel (SR # 17-360);

3. "Heartland," on album *Pure Country*, by artist George Strait (SR # 146-421);

4. "Tall, Tall Trees," on album *The Greatest Hits Collection*, by artist Alan Jackson (SR # 216-936);

5. "Stop," on album *Spiceworld*, by artist Spice Girls (SR # 261-523);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by plaintiffs (or any parent, subsidiary, or affiliate record label of plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e. download) any of Plaintiffs' Recordings, to distribute (i.e. upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of plaintiffs. Defendant shall also destroy all copies of Plaintiffs' Recordings that defendant has downloaded onto any computer hard drive or server without plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in defendant's possession, custody, or control.

CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 16th day of April, 2007.